

FILED ELECTRONICALLY

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CIVIL ACTION NO. 2:19-cv-00125-DLB-CJS**

**JANICE MILLER**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

VS.

**HOUSING AUTHORITY OF COVINGTON**　　　　　　　**DEFENDANT**

### AGREED ORDER OF DISMISSAL

An Agreed Order of Dismissal with prejudice as evidenced by the signatures of counsel below is before the Court in compliance with the Order entered September 23, 2021 (D.E. 35). The Court, having reviewed the record and being otherwise sufficiently advised, hereby ORDERS as follows:

1. This action is dismissed in its entirety with prejudice; and

2. The Clerk shall strike this action from the docket.

This 4th day of October, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. DAVID L. BUNNING
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF KENTUCKY

**HAVE SEEN & AGREED TO:**

/s/ *Derrick T. Wright*
Derrick T. Wright (Kentucky Bar No. 91627)
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Lexington, KY 40507
COUNSEL FOR DEFENDANT
HOUSING AUTHORITY OF COVINGTON

/s/ *Donyetta D. Bailey (With Permission)*
Donyetta D. Bailey (Ohio Bar. No. 0072433)
Bailey Law Office, LLC
312 Walnut Street
1600 Scripps Center
Cincinnati, OH 45202
(513) 263-6800
dbailey@baileylawofficellc.com
COUNSEL FOR PLAINTIFF
JANICE MILLER

01532787.DOCX